Eileen H. Markley, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1475*—*when admission of incompetent hearsay evidence harmless error.* Admission of hearsay evidence in an action for money loaned, though incompetent, being merely cumulative of other evidence which the trial court believed, *held* insufficient to justify a reversal.

2. APPEAL AND ERROR, § 1414*—*when findings of trial court not disturbed.* Where the record on appeal presents merely a question of credibility of witnesses and the story accepted by the trial court is not improbable, its findings will not usually be disturbed.

---

## Albert Fuchs, Defendant in Error, v. W. J. Kearns, Plaintiff in Error.

### Gen. No. 21,607.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PATRICK B. FLANAGAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed with finding of fact. Opinion filed October 10, 1916.

### Statement of the Case.

Action by Albert Fuchs, plaintiff, against W. J. Kearns, defendant, for rent of an apartment leased by the defendant to the plaintiff. To review a judgment for plaintiff, defendant prosecutes a writ of error.

E. C. Mapledoram, for plaintiff in error.

John H. Cummings, Jr., for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

1. JUDGMENT, § 205*—*when court may not render a compromise judgment.* A trial court cannot render a compromise judgment which the parties will not accept if the evidence introduced will not support it.

2. LANDLORD AND TENANT, § 79*—*when lease deemed to have been terminated.* Where the lessee of an apartment, holding under a lease containing the following clause: "Cancellation privilege granted September 30, 1914, if a registered letter notice is given by August 15, 1914, and $30 paid extra," gave notice as required on August 7, 1914, and sent to the plaintiff a check for $30 which was received by him on September 28th, and retained by him, though not cashed, and delivered the keys to the lessor on September 25th and moved from the apartment, and the lessor placed rent signs in the windows of the apartment, *held* that the lease was terminated in accordance with its terms.

---

## White City Electric Company, Defendant in Error, v. Maurice Fleckles, Plaintiff in Error.

### Gen. No. 21,630.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY OLSON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916.

## Statement of the Case.

Action by the White City Electric Company, a corporation, plaintiff, against Maurice Fleckles, defendant, for work done by the plaintiff on the defendant's

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.